## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Kyra Riddick

               <u>Debtor</u>

CHAPTER 13

BKY. NO. 19-12936 ELF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.


               Respectfully submitted,



               **<u>/s/ Kevin G. McDonald, Esq.</u>**
               Kevin G. McDonald, Esquire
               KML Law Group, P.C.
               701 Market Street, Suite 5000
               Philadelphia, PA 19106-1532
               (215) 627-1322