IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | : | | |
| Kyra Riddick | : | Case No.: | 19-12936ELF |
| | : | | |
| Debtor(s) | : | Chapter | 13 |

## **CERTIFICATE OF NO RESPONSE TO MOTION TO EXTEND THE AUTOMATIC STAY**

I, Brad J. Sadek, Esquire, hereby certify that no answer, objection, or other responsive pleading or request for hearing has been filed within the time allowed by law pertaining to the Motion to Extend the Automatic Stay.

Dated: June 3, 2019

/s/Brad J. Sadek, Esquire

Sadek & Cooper Law Offices, LLC
1315 Walnut Street, #302
Philadelphia, PA 19107
215-545-0008