**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                          Chapter 13

                          Bankruptcy No. 19-12936-ELF

KYRA RIDDICK

738 WYNNEWOOD ROAD

PHILADELPHIA, PA 19151-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

KYRA RIDDICK

738 WYNNEWOOD ROAD

PHILADELPHIA, PA 19151-

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

                                            /S/ William C. Miller

Date: 10/22/2019                               _____

                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee