# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 19-12936-ELF

KYRA RIDDICK

738 WYNNEWOOD ROAD

PHILADELPHIA, PA 19151-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

KYRA RIDDICK

738 WYNNEWOOD ROAD

PHILADELPHIA, PA 19151-

Counsel for debtor(s), by electronic notice only.

BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

Date: 6/26/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee