**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
KYRA RIDDICK

Chapter 13

**Debtor**

**Bankruptcy No.** 19-12936-ELF

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: August 12, 2020

Eric L. Frank  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
BRAD J. SADEK ESQ  
SADEK LAW OFFICE  
1315 WALNUT STREET #502  
PHILADELPHIA, PA 19107-

Debtor:  
KYRA RIDDICK

738 WYNNEWOOD ROAD

PHILADELPHIA, PA 19151-