United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 19-12936-elf
Kyra Riddick                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1              Date Rcvd: Aug 12, 2020
                              Form ID: pdf900          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2020.
db             +Kyra Riddick,    738 Wynnewood Road,    Philadelphia, PA 19151-3819
14320640       +KML Law Group P.C.,    Suite 5000- BNY Independance Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
14336024       +MIDFIRST BANK,    c/o KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,    701 Market St. Suite 5000,
                 Philadelphia, PA 19106-1541
14357256       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
14320641       +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    Po Box 26648,
                 Oklahoma City, OK 73126-0648
14322260       +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Aug 13 2020 04:26:44     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 13 2020 04:26:22
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 13 2020 04:26:34     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14357086        E-mail/Text: ally@ebn.phinsolutions.com Aug 13 2020 04:25:54     Ally Bank,   PO Box 130424,
                 Roseville, MN 55113-0004
14385289        E-mail/Text: megan.harper@phila.gov Aug 13 2020 04:26:43     Water Revenue Bureau,
                 Pamela Elchert Thurmond,    Tax & Revenue Unit,   1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA 19102-1595
14320638       +E-mail/PDF: pa_dc_ed@navient.com Aug 13 2020 04:30:16     Dept of Ed / Navient,
                 Attn: Claims Dept,   Po Box 9635,   Wilkes Barr, PA 18773-9635
14320639        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 13 2020 04:26:30     Jefferson Capital Systems, LLC,
                 Po Box 1999,   Saint Cloud, MN 56302
14360120        E-mail/PDF: pa_dc_claims@navient.com Aug 13 2020 04:30:17
                 Navient Solutions, LLC on behalf of,    Department of Education Loan Services,   PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
14323639       +E-mail/PDF: OGCRegionIIIBankruptcy@hud.gov Aug 13 2020 04:31:47
                 U.S Department of Housing and Urban Development,    451 7th. Street S.W.,
                 Washington, DC 20410-0002
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2020 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Kyra  Riddick brad@sadeklaw.com,  bradsadek@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 6

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>KYRA RIDDICK | Chapter 13 |
| Debtor | Bankruptcy No. 19-12936-ELF |

# ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: August 12, 2020

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

Debtor:
KYRA  RIDDICK

738 WYNNEWOOD ROAD

PHILADELPHIA, PA 19151-